# MEMORANDUM

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**FROM:** U.S. District Judge Curtis L. Collier

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

2008 JAN 29 P 1:00

EASTERN DIST. TENN.

BY_____ DEPT. CLERK

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Gary Johnson - Case No. 1:07-cr-87-001

**Name of Expert or Investigator:** Trey Aycock, private investigator.

**Address:** 1010 Market Street, Suite 204, Chattanooga, Tennessee 37402.

**Type of Expert:** Investigative Services to assist in locating and retrieving information, interviewing potential witnesses in other areas including Hamilton County, Davidson County, and north Alabama prior to trial. Counsel anticipates obtaining documentation of any and all prior convictions alleged by the government. Investigative services may also be needed in regard to sentencing issues concerning criminal and personal history of defendant.

**Reason for Application:** On September 19, 2007, the Court approved expenses up to $1,600 under 18 U.S.C. § 3006 (A)(e)(3) [Doc. No. 14]. The reason for the application is set out in the attached Motion for Authorization of Investigative Services in Excess of One Thousand Six Hundred Dollars [Doc. No. 19] and affidavits in support stating that further investigative services will require an additional cost of $1,600.00 for a total approved amount of $3,200.00.

**Estimated Compensation.** $3,200.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $1,600.00.

_____   _____
**U.S. District Judge Curtis L. Collier**     Date

_____   1-22-08
**Honorable Alice M. Batchelder**     Date
**U.S. Court of Appeals**